UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PAVING COMPANY, INC.,<br><br>Defendant. | Case No.: 3:17-cv-02492-JST<br><br>[PROPOSED] ORDER REGARDING JOINT STIPULATION OF DISMISSAL [FED. R. CIV. PRO. 41(A)]<br><br>Judge: Hon. Jon S. Tigar<br><br>**Case Management Conference Hearing Date:**<br><br>**Date:** January 3, ~~2017~~ 2018<br>**Crtrm:** ~~10~~ 9 |

Plaintiff Operating Engineers Local Union No. 3, International Union of Operating Engineers, AFL-CIO and Defendant Security Paving Company, Inc. (collectively the "Parties") filed their Joint Stipulation of Dismissal of the action pursuant to FED. R. CIV. PROC. 41(A) (the "Stipulation").

The Court finds good cause for granting the Parties' Stipulation. It is hereby ordered that:

(1) Plaintiff's Complaint shall be dismissed with prejudice in its entirety;

(2) Defendant's Counter-Petition shall be dismissed with prejudice in its entirety;

(3) The Parties shall bear their own attorneys' fees and costs of suit herein.

IT IS SO ORDERED.

DATED: December 15, 2017

_____
Hon. Jon S. Tigar
United States District Judge